No. 500. D. EDMONDS, R. B. EDWARDS, AND R. D. KELLY, IN BEHALF OF THEMSELVES, ETC. *v.* TOWN OF HASKELL, OKLAHOMA, F. N. SHOEMAKER, AS TOWN CLERK, ETC., ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm sub-

mitted December 6, 1926. Decided December 13, 1926.
*Per Curiam.* Dismissed for want of jurisdiction on the
authority of *Cuyahoga River Power Co.* v. *Northern
Realty Co.*, 244 U. S. 300, 303; *Bilby* v. *Stewart*, 246
U. S. 255, 257; *Farson, Son and Co.* v. *Bird*, 248 U. S.
268, 271. *Messrs. Almond B. Cochran, R. C. Allen,* and
*I. J. Underwood* for defendants in error, in support of the
motion. *Mr. Charles A. Moon* for plaintiffs in error, in
opposition thereto.